UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

    David Girard Hieb,

        Debtor.

_____/

Case No. 10-59251
Chapter 7
Hon. Steven Rhodes

Michael Snow,

        Plaintiff,

v.

David Girard Hieb,

        Defendant.

_____/

Adv. Proceeding No. 10-06744

**Judgment**

For the reasons stated in the Court's opinion entered this date, it is hereby ordered that the debt owing to the plaintiff by the debtor in the amount of $83,976.48 is nondischargeable under 11 U.S.C. § 523(a)(2)(A).

**Signed on June 23, 2011**

                                                     **/s/ Steven Rhodes**
                                                     **Steven Rhodes**
                                                     **United States Bankruptcy Judge**